**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE TO individually and dba THUY NGA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD VU NGUYEN, MYLINH NGUYEN, THANH NGUYEN, and VIETPROFILE.COM<br><br>Defendants. | CASE NO.: SACV 07-989-JVS (MLGx)<br><br>**JUDGMENT**<br><br>Date: May 19, 2008<br>Time: 1:30 p.m.<br>Courtroom: 10C |

Plaintiff Marie To's motion for default judgment came on regularly for hearing on May 19, 2008 at 1:30 p.m. in Courtroom 10C, the Honorable James V. Selna, presiding. John M. Hamilton, esq. of the Hamilton Law Offices appeared for Plaintiff and moving party Marie To.

The Court having reviewed the pleadings and evidence submitted and having heard the argument of counsel, and the Court being fully advised in the

premises, now therefore;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    Plaintiff Marie To shall have, and hereby does have, a money judgment against defendants Richard Vu Nguyen, Mylinh Nguyen and vietprofile.com in the of $ 4,150,000, attorney fees in the sum of $7,800, costs in the sum of $1,757, and interest thereon as provided by law.

DATED: May 28, 2008

                                            Hon. JAMES V. SELNA
                                            U.S. DISTRICT JUDGE